JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JAMIE CLARK On Behalf of herself and All Other Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Defendant. | 3:08-cv-00158-LRH-VPC<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT (FIRST REQUEST AFTER ORDER REGARDING MOTION TO DISMISS)** |

The parties hereto, by and through their respective counsel, hereby stipulate that that Defendant, METROPOLITAN LIFE INSURANCE COMPANY ("Defendant") shall have an extension of time up to and including March 31, 2009, to file and serve the response to Plaintiff's First Amended Complaint and Jury Demand.

///
///
///
///
///
///
///
///

1

1307408.doc

This stipulation is entered into in good faith and not for the purposes of delay. On March 3, 2009, this Court entered its Order denying Defendant's Motion to Dismiss. Therefore, the response to the First Amended Complaint is currently due March 17, 2009. This is the first request for an extension of time to respond to the Complaint after the Order denying the Motion to Dismiss was filed. This extension is requested by Defendant so that Defendant's counsel has adequate time to respond to the First Amended Complaint.

DATED this 16th day of March, 2009.

JONES VARGAS

By_____/s/_____
ALBERT F. PAGNI
State Bar No. 987
MOLLY MALONE REZAC
State Bar No. 7435
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: (775) 786-5000
Facsimile: (775) 786-1177

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY

MATTHEW L. SHARP, LTD.

_____/s/_____
MATTHEW L. SHARP
State Bar No. 4746
419 Flint Street
Reno, Nevada 89501
Telephone: (775) 324-1500

CURTIS B. COULTER
State Bar No. 3034
403 Hill Street
Reno, Nevada 89501
(775) 324-3380

RON R. PARRY.
Parry, Deering, Futscher & Sparks, P.S.C.
411 Garrard Street
P.O. Box 2618
Covington, KY 41011-2618

Attorneys for Plaintiff
JAIME CLARK

IT IS SO ORDERED.

DATED this 20th day of March, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2

1307408.doc