JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JAMIE CLARK On Behalf of Herself and All Others Similarly Situated, | CASE NO. 3:08-CV-00158-LRH-(VPC) |
| Plaintiff, | **STIPULATION AND ORDER SETTING FORTH BRIEFING SCHEDULE AND ORDER OF CONSIDERATION OF PARTIES DISPOSITIVE MOTIONS (FIRST REQUEST)** |
| vs. | |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

The parties hereto, by and through their respective counsel, hereby stipulate that Plaintiff, JAMIE CLARK ("Plaintiff"), shall have an extension of time to file and serve her response to

1

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

1  Defendant's Motion for Summary Judgment (to be filed on December 21, 2009) to no later than

2  **Friday February 12, 2010**.  The parties further stipulate that no later than **Monday, March 15,**

3  **2010**, Defendant shall file any reply brief.   The parties stipulate to this schedule (which

4  corresponds to the class certification motion briefing schedule) in good faith and not for the

5  purposes of delay, but to prevent either party from having to brief these motions over the holidays.

6  The parties request that the Court rule on Defendant's Motion for Summary Judgment prior to

7  ruling on Plaintiff's Motion for Class Certification (Docket # 100).

8  The parties further stipulate that with respect to Plaintiff's Motion for Partial Summary

9  Judgment on the Class Breach of Contract Claim (Doc. No. 102) and Motion for Partial Summary

10  Judgment on the Class Breach of Duty Claim (Doc. No. 104), Defendant's responses will not be

11  required until after the Court rules on Defendant's to-be-filed Summary Judgment Motion and 30

12  days after the Court rules on Plaintiff's Motion for Class Certification (Docket # 100).  This

13  request is made in good faith and not for purposes of delay and is intended to conserve the

14  resources of both the Court and the Parties.

15  Submitted and consented to by:

16  JONES VARGAS

17  __/s/ Molly Malone Rezac_____        /s/ with permission_____
    Albert F. Pagni                          MATTHEW L. SHARP, ESQ.
18  afp@jonesvargas.com                      Nevada State Bar #4746
    State Bar No. 987                        Matthew L. Sharp LTD.
19  Molly Malone Rezac                       419 Flint Street
    mrezac@jonesvargas.com                   Reno, Nevada 89501
20  State Bar No. 7435                       Tel: (775)324-1500
21  100 West Liberty Street, 12th Floor      Fax: (775) 323-6249
    P.O. Box 281                             e-mail: matt@mattsharplaw.com
22  Reno, NV 89504-0281

23
    SUTHERLAND ASBILL & BRENNAN LLP          CURTIS B. COULTER, ESQ.
24  Phillip E. Stano *(pro hac vice)*        Nevada State Bar #3034
    Phillip.stano@sutherland.com             403 Hill Street
25  Steuart H. Thomsen *(pro hac vice pending)*   Tel: (775) 324-3380
    steuart.thomsen@sutherland.com           Fax: (775) 324-3381
26

27

28
                                   2

| | |
|---|---|
| Brian C. Spahn *(pro hac vice pending)*<br>brian.spahn@sutherland.com<br>1275 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2415<br> (202) 383-0100 (ph)<br>(202) 637-3593 (fax)<br><br>Attorneys for Defendant<br>METROPOLITAN LIFE<br>INSURANCE COMPANY | e-mail: ccoulter@coulterlaw.net<br><br>RON R. PARRY, ESQ.<br>Admitted *Pro Hac Vice*<br>PARRY DEERING FUTSCHER & SPARKS PSC<br>411 Garrand Street, P.O. Box 2618<br>Covington, Kentucky 41011<br>Tel: (859) 291-9000<br>Fax: (859) 291-9300<br><br>Attorneys for Plaintiff JAMIE CLARK |

IT IS SO ORDERED:

DATED this 21st day of December, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

3