UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMIE CLARK,<br><br>      Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>      Defendant. | 3:08-cv-00158-LRH-VPC<br><br>ORDER |

Before the court is defendant Metropolitan Life Insurance Company's ("MetLife") motion for leave to file under seal a motion to redact portions of certain pleadings (Doc. #136) filed on March 10, 2010. Doc. #135.

MetLife requests leave pursuant to the stipulated protective order regarding confidentiality of discovery material which provides that any party that wishes to file or submit as part of the court record any material subject to the protective order must first file a motion for leave to file such materials under seal with the court. Doc. #65. MetLife argues that its motion refers to materials deemed and designated as confidential.

As an initial matter, the court is acutely cognizant of the presumption in favor of public access to papers filed in the district court. *See Hagestad v. Tragesser*, 49 F.3d 1430, 1434 (9th Cir. 1995). Therefore, a party seeking to file materials under seal bears the burden of overcoming that presumption by showing that the materials are covered by an operative protective order and are also

1  deserving of confidentiality. *See Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th

2  Cir. 2005). Specifically, a party must "articulate compelling reasons supported by specific factual

3  findings that outweigh the general history of access and the public policies favoring disclosure."

4  *Kamakana, City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (internal citations

5  omitted).

6       Here, MetLife has put forth compelling reasons for sealing the requested documents.

7  MetLife has sufficiently alleged that the proposed motion refers to materials that bring attention to

8  MetLife's confidential internal business deliberations, organization, and capabilities. *See e.g.,*

9  *Microsystems Inc. v. Network Appliance*, 2009 WL 5125817, *9, No. C-08-01641-EDL (N.D. Cal

10  2009) (finding good cause to seal documents that contain confidential business information which

11  could cause harm to the parties if publicly disclosed). Accordingly, MetLife's motion for leave

12  shall be granted.

13       IT IS THEREFORE ORDERED that defendant's motion for leave to file under seal

14  (Doc. #135) is GRANTED.

15       IT IS SO ORDERED.

16       DATED this 16th day of March, 2010.

17

18  _____

19       LARRY R. HICKS
     UNITED STATES DISTRICT JUDGE