UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

JAMIE CLARK,

        Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY,

        Defendant.

3:08-cv-00158-LRH-VPC

ORDER

        Before the court is defendant Metropolitan Life Insurance Company's ("MetLife") motion for leave to file under seal a motion to redact portions of certain pleadings (Doc. #123) filed on February 26, 2010. Doc. #122.

        MetLife requests leave pursuant to the stipulated protective order regarding confidentiality of discovery material which provides that any party that wishes to file or submit as part of the court record any material subject to the protective order must first file a motion for leave to file such materials under seal with the court. Doc. #65. MetLife argues that its motion refers to materials deemed and designated as confidential.

        As an initial matter, the court is acutely cognizant of the presumption in favor of public access to papers filed in the district court. *See Hagestad v. Tragesser*, 49 F.3d 1430, 1434 (9th Cir. 1995). Therefore, a party seeking to file materials under seal bears the burden of overcoming that presumption by showing that the materials are covered by an operative protective order and are also

deserving of confidentiality. *See Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2005). Specifically, a party must "articulate compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure." *Kamakana, City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (internal citations omitted).

Here, MetLife has not put forth compelling reasons for sealing the requested documents. MetLife simply alleges that the "motion refers to and attaches as exhibits materials subject to the protective order." This conclusory allegation is insufficient to overcome MetLife's burden. Accordingly, MetLife's motion for leave shall be denied.

IT IS THEREFORE ORDERED that defendant's motion for leave to file under seal (Doc. #122) is DENIED.

IT IS SO ORDERED.

DATED this 23rd day of April, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE